**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **SHARON MCCARTHY,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Case No.: 2:15-cv-04456-GP |
| | ) |
| **PORTFOLIO RECOVERY ASSOCIATES** | ) |
| **LLC, a wholly-owned subsidiary of** | ) |
| **PORTFOLIO RECOVERY** | ) |
| **ASSOCIATES, INC.,** | ) |
| | |
| **Defendant** | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 6, 2016    BY: */s/ W. Christopher Componovo*
W. Christopher Componovo, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 110
Facsimile: (877) 788-2864
Email: wcomponovo@lemonlaw.com
Attorney for Plaintiff

**Certificate of Service**

  I hereby certify that on this 6th day of June, 2016, a true and correct copy of the foregoing pleading served via mail to the below:

Keith S. McGurgan, Esq.
General Counsel.
140 Corporate Boulevard
Norfolk, VA 23502
Phone: (757) 321-2510
Email:  kmcgurgan@portfoliorecovery.com

                */s/ W. Christopher Componovo*
                W. Christopher Componovo, Esquire
                Kimmel & Silverman, P.C.
                30 East Butler Pike
                Ambler, PA 19002
                Phone: (215) 540-8888 ext. 110
                Facsimile: (877) 788-2864
                Email: wcomponovo@lemonlaw.com
                Attorney for Plaintiff